**MOTION GRANTED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
December 28, 2017

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17-CR-184 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| RAMONE DRUMMOND, | ) | <u>GOVERNMENT'S MOTION FOR</u> |
| | ) | <u>LEAVE TO FILE SENTENCING</u> |
| Defendant. | ) | <u>MEMORANDUM UNDER SEAL</u> |
| | ) | |
| | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Margaret A. Sweeney, Assistant United States Attorney, and hereby requests that this Honorable Court issue an order permitting the government to file its sentencing memorandum under seal because the government's memorandum includes sensitive, confidential information.

                                                        Respectfully submitted,

                                                        JUSTIN E. HERDMAN
                                                        United States Attorney

                        By:   <u>/s/ Margaret A. Sweeney</u>
                               Margaret A. Sweeney (OH: 0086591)
                               Assistant United States Attorney
                               United States Court House
                               801 West Superior Avenue, Suite 400
                               Cleveland, OH 44113
                               (216) 622-3990
                               (216) 522-7499 (facsimile)
                               Margaret.Sweeney@usdoj.gov