**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | CASE NO. 5:17-cr-00184-SL |
| Plaintiff, | ) | |
| vs. | ) ) ) ) | JUDGE SARA LIOI |
| RAMONE DRUMMOND | ) | **MOTION TO EXTEND FILING OF** |
| Defendant. | ) | **SENTENCING BRIEF** |

Now comes the Defendant, **RAMONE DRUMMOND**, by and through his undersigned counsel, and hereby requests an order from this Honorable Court granting the instant Motion to Extend Filing of Sentencing Brief. As grounds, Attorney needs one (1) additional day to respond to Government's Motion filed under seal December 28, 2017.

Respectfully submitted,

/s/ *Erik E. Jones*
Erik E. Jones, Esq. (0075418)
137 South Main Street, Suite 102
The Delaware Building
Akron, Ohio 44308
Phone  (234) 208-5020
Fax     (234) 205-2687
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2017, a copy of the Motion filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ *Erik E. Jones*
Erik E. Jones (0075418)
*Attorney for Defendant*